

# IN THE
## TENTH COURT OF APPEALS

### No. 10-18-00285-CV

## IN THE MATTER OF THE MARRIAGE OF
## SUSAN VANDUSEN AND RICHARD KAIRIS

**From the County Court at Law
Walker County, Texas
Trial Court No. D1716502**

## ORDER

This appeal was referred to mediation on March 6, 2019. The parties timely filed a joint objection to mediation.

The objection is sustained. The appeal is no longer subject to the mediation order issued on March 6, 2019.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Objection sustained
Order issued and filed May 1, 2019

